People Of The State Of Illinois
                            Plaintiff,

v.                                             Case No.: 1:18−cv−07727
                                                 Honorable Edmond E. Chang

Byia Bruce
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 10, 2018:

      MINUTE entry before the Honorable Edmond E. Chang: Motion hearing held on Respondent's motion to dismiss [7]. The AUSA reported that Bruce's counsel acknowledged that the subpoena/order to the Social Security Administration should be quashed, and that counsel will be using other means to obtain the records. The subpoena and state court order directed at the SSA is quashed. The motion to dismiss [7] is granted for lack of subject matter jurisdiction. Civil case terminated. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.